EVA MOSES et al., Respondents, v. JOSEPH P. DAY, INC., Appellant.— Defendant owned and operated a private bathing beach and amusement park at Brighton Beach and also maintained a large swimming pool. After the summer season the pool was emptied and six courts were marked off in it so defendant's patrons might play a game known as " hand tennis ". Six nets were attached on a cable, which ran along the center of the pool. One end of the cable was attached to the wall of the pool and the other end to a post thirty inches high. The cable then extended from the top of the post to a point thirty inches from the base of the post, where it was fastened into the concrete floor of the swimming pool. Plaintiff wife entered the pool to call her son, who was playing tennis, and while walking towards him tripped and fell over the cable at the point where it was attached to the concrete floor, and was injured. The jury awarded plaintiff wife $1,000, and her husband $250, for expenses and loss of services. Judgment reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. Plaintiffs failed to prove any actionable negligence on the part of defendant. Hagarty, Acting P. J., Carswell, Johnston, Aldrich and Nolan, JJ., concur.

ROSE NAHMEE, Respondent, v. LEON S. NAHMEE, Appellant.— In an action for separation, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Aldrich and Nolan, JJ.

ETHEL PERSON, Appellant, v. ALBERT M. HASSAN et al., Respondents.— In this action for specific performance, plaintiff appeals from a resettled order which grants her motion for summary judgment for the relief demanded in the complaint but refuses to direct defendants to deliver possession of that portion of the premises occupied by them upon the specific performance of the contract. Order, insofar as appealed from, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Aldrich and Nolan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELI LAHN, Appellant.— Judgments convicting defendant of two violations of section 561–4.0 of the Administrative Code of the City of New York, rendered after trial by a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McELDOWNEY, Appellant.— Judgment of the County Court, Kings County, reversed on the law and a new trial ordered. The findings of fact implicit in the verdict of the jury are affirmed. Defendant was convicted of the crime of assault in the second degree. In its charge, the court's overemphasis of the probable correctness of its recollection of the testimony, especially in view of its erroneous statement that defendant admittedly fled from the scene of the alleged crime, whereas defendant denied knowledge that he was being pursued, was prejudicial. Other portions of the charge were equally prejudicial. Lewis, P. J., Hagarty, Carswell and Adel, JJ., concur; Johnston, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. McGRATH, JR., Respondent, against WILLIAM GIMLER, Appellant.— Appeal from an order sustaining a writ of habeas corpus and granting the custody of a child to her father. Order affirmed, without costs. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *post*, p. 1020.]